# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re: | |
| Hoku Corporation, | Bankruptcy Case No. 13-40838-JDP |
| Debtor. | |

_____

| | |
|---|---|
| R. Sam Hopkins<br>Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | Adv. Proceeding No. 15-08196-JDP |
| Landstar Inway, Inc., a Delaware corporation; Landstar Ranger, Inc., a Delaware corporation, Landstar Transportation Logistics, Inc., f/k/a Landstar Carrier Services, Inc., a Delaware corporation; and John Does 1-10, | |
| Defendants. | |

_____

# MEMORANDUM OF DECISION

_____

MEMORANDUM OF DECISION – 1

For the reasons set forth in the Memorandum of Decision entered in *Hopkins v. M&A Adventures, Ltd.*, Adv. No. 15-08043-JDP, Dkt. No. 19, Plaintiff's motion for default judgment will be granted. Plaintiff's counsel shall submit appropriate findings of fact, conclusions of law, and an appropriate form of judgment for entry by this Court.

Dated: December 10, 2015

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION – 2